JUNIUS D. GRIMES v. COUNTY OF BEAUFORT AND L. A. SQUIRES,
SINKING FUND COMMISSIONER.

(Filed 23 September, 1942.)

**Appeal and Error §§ 6d, 37e, 40a—**

Where findings of fact by a referee, supported by competent evidence,
are approved by the court below, judgment approving the referee's conclu-
sions of law will not be disturbed, no exception having been taken to the
findings upon which the conclusions were based.

APPEAL by defendants from *Williams, J.,* at January Term, 1942, of
BEAUFORT. Affirmed.

This case was here at Fall Term, 1940, and is reported in 218 N. C.,
164, 10 S. E. (2d), 640, where the pertinent facts are stated. The cause
was referred. Exceptions to the report of the referee were filed by the
defendants. Upon the hearing in the court below, the referee's findings
of fact were in all material respects approved and adopted by the court,
as were also the referee's conclusions of law.

From judgment in favor of plaintiff upon the facts so found the
defendants appealed.

*Carter & Carter and Rodman & Rodman for plaintiff, appellee.*
*E. A. Daniel and P. W. McMullan for defendants, appellants.*

DEVIN, J. The appellants assign as error in the judgment below the
approval of the referee's conclusion of law that plaintiff's claim was not
barred by the statute of limitations. There was, however, no exception
to the referee's findings of fact upon which this conclusion of law was
based. These findings were supported by competent evidence, and were
adopted in all material respects by the court. Hence, the judgment in
favor of the plaintiff upon the facts so established must be upheld.
*Wilkinson v. Coppersmith,* 218 N. C., 173, 10 S. E. (2d), 670.

Judgment affirmed.